IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LAVARIOUS JONES**                                                                                  **PLAINTIFF**

**V.**                      **CASE NO. 3:20-cv-93-DPM-BD**

**WESLEY**, *et al*.                                                                      **DEFENDANTS**

## **ORDER**

Plaintiff Lavarious Jones, a pretrial detainee in the Greene County Detention Center, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. In his complaint and amended complaint, Mr. Jones claims that Defendants violated his due process rights by issuing a disciplinary report against him and moving him to solitary confinement without a hearing. (Doc. No. 2, Doc. No. 5) For screening purposes, Mr. Jones has stated due-process claims against Defendants Wesley, Baily, and Crittden.[1] (#2)

Accordingly, the Clerk of Court is directed to prepare summonses for Defendants Wesley, Baily, and Crittden. The United States Marshal is directed to serve the Defendants with copies of the Complaint, with any attachments (Doc. No. 2), the amended complaint (Doc. No. 5), and summonses without requiring prepayment of fees and costs or security. Service for the Defendants Wesley, Baily, and Crittden should be

---

[1] The Clerk of the Court is directed to change the name of Defendant West to Wesley. (Doc. No. 5) Claims against Defendant Cox will be discussed in a separate order.

attempted through the Greene County Detention Center, 1809 North Rocking Chair Road, Paragould, Arkansas 72450.

IT IS SO ORDERED, this 6th day of April, 2020.

_____
UNITED STATES MAGISTRATE JUDGE