IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LAVARIOUS JONES                                                        PLAINTIFF

v.                  No. 3:20-cv-93-DPM-BD

WESLEY, Sergeant, Greene County
Detention Center;   BAILY, Sergeant,
Greene County Detention Center;
DON CRITTDEN, Greene County Detention
Center;   BRENT COX, Greene County
Detention Center;   and DOES                       DEFENDANTS

## ORDER

After Magistrate Judge Deere filed her partial recommendation on Jones's amended complaint, Jones sought and received permission to file a second amended complaint. *Doc. 8–10*. The Court therefore declines the pending recommendation, *Doc. 7*, without prejudice as moot.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

4 May 2020