**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**LAVARIOUS JONES**                                                               **PLAINTIFF**

**V.**                      **CASE NO. 3:20-cv-93-DPM-BD**

**WESLEY GIBSON,** *et al.*                                        **DEFENDANTS**

**ORDER**

Plaintiff Lavarious Jones, a pretrial detainee in the Greene County Detention Center (Detention Center), has stated constitutional claims against Brent Cox. (Doc. Nos. 2, 5, 10) Accordingly, the Clerk of Court is directed to prepare a summons for Defendant Cox. The United States Marshal is directed to serve Defendant Cox with a summons and a copy of the complaint (Doc. No. 2), the amended complaint (Doc. No. 5), and the second amended complaint (Doc. No. 10), without requiring prepayment of fees and costs or security. Service for Defendant Cox should be through the Greene County Detention Facility, 1809 North Rocking Chair Road, Paragould, Arkansas 72450.

The Clerk of the Court is directed to update the names of Defendants, as follows: Wesley to Wesley Gibson; Baily to Bailey Harris; and Don Crittden to Don Crittendon. (Doc. No. 11)

IT IS SO ORDERED, this 5th day of May, 2020.

_____
UNITED STATES MAGISTRATE JUDGE