IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LAVARIOUS JONES**                                                        **PLAINTIFF**

v.                    No. 3:20-cv-93-DPM-BD

**WESLEY GIBSON**, Sergeant, Greene
County Detention Center; **BAILEY
HARRIS**, Sergeant, Greene County
Detention Center; **DON CRITTENDON**,
Greene County Detention Center;
**BRENT COX**, Greene County Detention
Center; and **DOES**                                    **DEFENDANTS**

## ORDER

       The Court adopts Magistrate Judge Deere's unopposed partial recommendation, *Doc. 21*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Jones's request for a preliminary injunction, *Doc. 20*, is denied.

       So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_17 July 2020_