IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LAVARIOUS JONES**                                                                          PLAINTIFF

v.                                     No. 3:20-cv-93-DPM-BD

**WESLEY GIBSON**, Sergeant, Greene County
Detention Center; **BAILEY HARRIS**,
Sergeant, Greene County Detention Center;
**DON CRITTENDON**, Greene County
Detention Center; **BRENT COX**, Greene
County Detention Center; and **DOES**                              DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Deere's unopposed partial recommendation, *Doc.* 23. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The Doe defendants are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 August 2020