IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LAVARIOUS JONES**                                                                  PLAINTIFF

v.                              No: 3:20-cv-93-DPM

**WESLEY GIBSON**, Sergeant, Greene County
Detention Center; **BAILEY HARRIS**,
Sergeant, GCDC; **DON CRITTENDON**,
GCDC; and **BRENT COX**, GCDC                                            DEFENDANTS

### ORDER

1. The Court withdraws the reference.

2. Jones hasn't updated his address with the Clerk; his mail is still being returned undelivered. *Doc. 29 & 30.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 October 2020