# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LAVARIOUS JONES**                           **PLAINTIFF**

v.                 No: 3:20-cv-93-DPM

**WESLEY GIBSON, Sergeant, Greene County
Detention Center; BAILEY HARRIS,
Sergeant, GCDC; DON CRITTENDON,
GCDC; and BRENT COX, GCDC**              **DEFENDANTS**

## JUDGMENT

Jones's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 October 2020